## Swissvale Borough, Appellant, *v.* Collingwood (No. 1).

OPINION BY HENDERSON, J., October 8, 1917:

This case was argued with the appeal by the Borough of Swissvale v. Thomas Dickson's heirs. The cases arise out of municipal liens and involve the same question. In an opinion this day filed in the case last stated, we have affirmed the judgment of the court below for the reasons there given.

The judgment in this case is affirmed.

---

## Swissvale Borough, Appellant, *v.* Collingwood (No. 2).

OPINION BY HENDERSON, J., October 8, 1917:

This case was argued with the appeal by the Borough of Swissvale v. Thomas Dickson's Heirs. The cases arise out of municipal liens and involve the same question. In an opinion this day filed in the case last stated, we have affirmed the judgment of the court below for the reasons there given.

The judgment in this case is affirmed.

---

## Hagerling, Appellant, *v.* Pension Mut. Life Insurance Co.

*Beneficial societies—Insurance—Withdrawal contract — Illegal contract—Acts of April 6, 1893, P. L. 10, and July 2, 1895, P. L. 430.*

Where the laws of a beneficial society chartered under the Act of April 6, 1893, P. L. 10, do not provide for withdrawals, but the society issues 318 policies or certificates of membership on the